UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.Y., | Case No.: 25-cv-3790-AGS-JLB |
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

Respondents must provide petitioner with a bond hearing before an immigration judge by **January 28, 2026**. All pending dates are vacated, and the Clerk is directed to issue a judgment and close this case.

Dated:  January 14, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

25-cv-3790-AGS-JLB